AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

**Postal Package addressed to**
**Mr. Melvin Pratt**
**2907 Upshur St.**
**Mt. Rainier, Md 20712**

FILED

**APPLICATION AND AFFIDAVIT**
**FOR SEARCH WARRANT**

JUN 1 6 2005

CASE NUMBER: 05 - 0 3 4 4 M - 01

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(Further described below)

I ___Abigail A. Davis___ being duly sworn depose and say:

I am a(n)___Postal Inspector  with the United States Postal Inspection Service___ and have reason to believe
(Official Title)

that ☐ on the person of or ☒ on the property or premises known as  (name, description and or location)
Postal package addressed to
**Mr. Melvin Pratt**
**2907 Upshur St.**
**Mt. Rainier, Md 20712**

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
As more fully described in affidavit

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
As more fully described in the affidavit

concerning a violation of Title __21__ United States Code, Section(s) __§843(b),  841(a) (1)__ . The facts to support a
finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES  ☐ NO

Amy Jeffress
Organized Crimes and Narcotics Trafficking
(202) 514-7624

x ___[signature]___
Signature of Affiant
Abigail A. Davis ,  Postal Inspector
United States Postal Inspection Service

Sworn to before me, and subscribed in my presence
16 JUN 2005

_____
Date
John M. Facciola
U.S. Magistrate Judge
Name and Title of Judicial Officer

at Washington, D.C.

___[signature]___
Signature of Judicial Officer