## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

Your Affiant, Abigail Davis, United States Postal Inspector, Washington, DC, being duly sworn, hereby deposes and states as follows:

I, Abigail A. Davis, your Affiant, am a Postal Inspector in the United States Postal Inspection Service and have been so employed since January 2004. Upon entering the Inspection Service, I completed twelve weeks of basic training. This training covered various aspects of federal law enforcement, including the investigation of narcotics-related offenses. I have received extensive training in criminal investigation procedures and criminal law and have conducted investigations involving money laundering and narcotics offenses. I am a member of the Dangerous Mails/ Narcotics team. This team investigates cases where the mail is used to transport controlled substances and their proceeds. I have participated in the execution of many search and seizure warrants where illegal narcotics have been recovered from packages shipped through the U.S. Mail.

During the past few years, Postal Inspectors in Washington, DC and Baltimore have noticed the increased use of Priority Mail to transport drugs and payments for drugs to the Baltimore/Washington area from the known drug source areas of Florida, California, Arizona, Texas, and New York. Experience and drug trafficking intelligence have demonstrated that Priority Mail service is frequently used by drug dealers for shipping controlled substances, including, but not limited to, cocaine, heroin, and marijuana. Use of these services is favored because of the reliability, speed, and low cost, as well as the perceived minimal chance of detection.

The facts and information contained in this affidavit are based on the personal knowledge of your affiant as well as that of the other agents involved in this investigation. All observations that were not made personally by this affiant were related to him by the persons who made the observations. This affidavit contains that information necessary to establish probable cause in support of an application for a search warrant. This affidavit is not intended to include each and every fact and matter observed by or made known to agents of the government.

On June 16, 2005, Inspector Davis received a report from the Postal Police to contact Postal Supervisor Dawn Johnson at the Mount Rainier Post Office. Upon reaching her, Ms. Johnson stated that the letter carrier, Mr. Foreham, brought the package to her because he found it to be suspicious. The package bears the return address of "Mrs. Marla Duke" at "900 Roosevelt Ave. San Diego, CA 92113" and is addressed to "Mr. Melvin Pratt" at "2907 Usphur St. Mt. Rainier, Md 20712". The carrier stated that members of the addressee household have frequently been accepting packages bearing names other than those of the residents in the house and he stated that this package seemed particularly suspicious to him.

Ms. Johnson researched the package and found that the sender's address does not exist, nor is the fictitious address located anywhere near National City, CA where the package was postmarked. In addition to the facts relayed by the letter carrier and his supervisor, the package appears to be suspicious for the following reasons: (a). its size and weight are consistent with other packages that have been found to

1

contain controlled substances, (b). the sender used proper titles, i.e. Mrs. and Mr., in the addresses, (c). the addresses are handwritten, (d). the package originates from a known source state and area, (e). when shaken, the package seems to have another box or densely packaged object inside; narcotics traffickers often double package to both contain the drug's odor and protect the package from possible damage and subsequent detection.

On July 16, 2005, Postal Inspectors Davis and Manzi conducted a narcotics-canine line-up. Postal Inspectors placed the suspect Priority Mail parcel in an empty hallway with six other packages and boxes at the Curseen Morris Processing and Distribution Center. U.S. Park Police Officer Michael Peer and his narcotic detecting K-9 "Lazer" were brought in to search the hall. Officer Peer informed your Affiant that Lazer alerted and responded to the suspicious parcel indicating the presence of a narcotic substance contained within the parcel. The suspect parcel was then isolated and placed in a locked metal cabinet on the hall. When Lazer was walked down the hall, he stopped at the cabinet, once again alerting to the presence of a narcotic substance.

Lazer has been a certified narcotics-detecting K-9 for five years. Lazer is trained to alert on the odors of methamphetamines, hashish, cocaine, crack cocaine, heroin, PCP, and marijuana (THC) and is trained on a monthly basis to ensure her accuracy. He was most recently retrained in May 2005.

It is my belief, based on the above information, that the priority mail parcel addressed to **Mr. Melvin Pratt, 2907 Upshur St. Mt. Rainier, Md 20712**, with postage of $21.35 and the delivery confirmation number of 0304 3490 0000 3736 1177 contains a quantity of a controlled dangerous substance constituting contraband or the fruits or instrumentalities of a crime or evidence of the commission of a criminal offense, specifically to the unlawful transportation of a controlled substance via the U.S. Mail for the purpose of facilitating possession with intent to distribute the controlled dangerous substance in violation of 21 U S Code, Sections 843(b), Use of a Communications Facility to transport Controlled Substances; and 841(a) (1) possession with intent to distribute a controlled substance. This parcel is currently in the possession of the U. S. Postal Inspection Service, Brentwood, Washington, DC.

Abigail A. Davis
Postal Inspector

Subscribed and sworn to before me
this 16th day of June, 2005
at Washington, DC

United States Magistrate Judge

John M. Facciola
U.S. Magistrate Judge