AO93(Rev 5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Postal Package addressed to
Mr. Melvin Pratt
2907 Upshur St.
Mt. Rainier, Md 20712

**SEARCH WARRANT**

CASE NUMBER: 05 - 0 3 4 4 M - 0

TO: __Abigail A. Davis__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Postal Inspector Abigail A. Davis__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

Postal package addressed to
Mr. Melvin Pratt
2907 Upshur St.
Mt. Rainier, Md 20712

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

As more fully described in affidavit

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ___June 26, 2005___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

16 JUN 2005

Date and John M. Facciola
U.S. Magistrate Judge

at Washington, D.C.

John M. Facciola

Name and Title of Judicial Officer          Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| June 16, 2005 | June 16, 2005, 7pm | |

**INVENTORY MADE IN THE PRESENCE OF** Inspectors A. A. Davis and M. H. Manzi

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

One plastic container holding eight individually wrapped bags of a green leafy substance that field-tested positively for marijuana. The eight bags had a total weight of 8.175 lbs of marijuana.

FILED
JUL - 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*Abigail A. Davis*

Subscribed, sworn to, and returned before me this date.

*[signature]*
U.S. Judge or U.S. Magistrate Judge

7/8/05
Date